IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03295-REB-MJW

ALEX AND ANI, LLC,

Plaintiff,

v.

ELITE LEVEL CONSULTING, LLC and
TRAVIS BRODY,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Unopposed Motion for Entry of a Protective Order Concerning Subpoenas Issued to Nonparties Roxy, Inc., and Foonberg (docket no. 2) is GRANTED finding good cause shown.  The written Protective Order Concerning Subpoenas Issued to Nonparties Roxy, Inc., and Foonberg (docket no. 2-1) is APPROVED as amended in paragraph 11 and made an Order of Court.

Date: December 9, 2013